No. 93–693. CITY OF BAYONNE *v.* TOWN OF SEACAUCUS ET AL. Sup. Ct. N. J. Certiorari denied.

No. 93–695. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF COLUMBIA GAS TRANSMISSION CORP. *v.* COLUMBIA GAS TRANSMISSION CORP. ET AL.;
No. 93–876. OFFICIAL COMMITTEE OF CUSTOMERS OF COLUMBIA GAS TRANSMISSION CORP. *v.* OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF COLUMBIA GAS TRANSMISSION CORP.;
No. 93–879. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF COLUMBIA GAS TRANSMISSION CORP.; and
No. 93–904. CITIES OF CHARLOTTESVILLE AND RICHMOND, VIRGINIA *v.* OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF COLUMBIA GAS TRANSMISSION CORP. C. A. 3d Cir. Certiorari denied.

No. 93–701. CIRCUIT COURT OF THE FIRST CIRCUIT ET AL. *v.* DOW. C. A. 9th Cir. Certiorari denied.

No. 93–707. CONDO *v.* SYSCO CORP. C. A. 7th Cir. Certiorari denied.

No. 93–712. SANCHEZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–716. OLIN CORP. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 93–719. FIGGIE INTERNATIONAL, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 93–733. POZSGAI ET UX. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–756. MISSION OAKS MOBILE HOME PARK *v.* CITY OF HOLLISTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–759. HESTER ET AL. *v.* NATIONSBANK ET AL. C. A. 5th Cir. Certiorari denied.